IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-2383-TMP |
| | ) |
| H&P, L.L.C., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 11, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that final judgment by default be entered in favor of plaintiff Wells Fargo Bank, N.A. against defendant H & P, L.L.C. in the amount of $345,555.03, plus interest accruing post-judgment and the costs of this action. The magistrate judge further recommended that the claims against defendant Elliott Security Systems, Inc. be dismissed without prejudice due to its bankruptcy. To date, no objections have been filed by either party.

Having now carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, it is hereby **ORDERED** that final judgment by default be entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendant H & P, L.L.C. in the amount of $345,555.03, plus interest accruing post-judgment and the costs of this action. It is further **ORDERED** that all claims against defendant Elliott Security Systems, Inc. be **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this 9th  day of August, 2013.

_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE